IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CROWN EQUIPMENT CORPORATION, | : | CASE NO. 3:14-cv-00296 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| vs. | : | (Chief Magistrate Judge Sharon L. Ovington) |
| VIRGINIA FORKLIFT, INC. | : | |
| Defendant. | : | **ENTRY FOR DISMISSAL** |

The matter before the Court is the motion of Crown Equipment Corporation ("Crown") to compel Virginia Forklift, Inc. ("Virginia Forklift") to arbitrate a dispute arising under a Dealer Agreement between the parties. Specifically, the parties disagreed as to the proper location of the arbitration: Dayton, Ohio as specified in the Dealer Agreement, or Richmond, Virginia, as supposedly required by Virginia law.

The parties have now informed the Court that the arbitration will take place in Dayton, Ohio, by order of the Arbitrator. Therefore, the entire dispute before this Court, which concerned proper venue for the arbitration, is moot. All claims and causes of action asserted in this case are DISMISSED, without prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED.

DATED this 22ⁿᵈ day of January, 2015.

UNITED STATES DISTRICT JUDGE

909051.1